C. S. Goss & Company, Appellant, v. Clayton S. Goss, Respondent.

*Goss & Co.* v. *Goss*, 147 App. Div. 698, affirmed.
(Argued February 10, 1913; decided February 25, 1913.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1911, reversing a judgment in favor of plaintiff entered upon the report of a referee and granting a new trial in an action by a corporation against its former president for an accounting.

*Henry Escher, Jr.,* for appellant.

*Frank H. Platt* and *Livingston Platt* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: Cullen, Ch. J., Gray, Willard Bartlett, Chase, Cuddeback and Hogan, JJ. Not sitting: Miller, J.

___

Sarah Brooks, Respondent, v. The City of Rochester, Appellant.

*Brooks* v. *City of Rochester*, 147 App. Div. 917, affirmed.
(Argued February 11, 1913; decided February 25, 1913.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 18, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*W. W. Webb, Corporation Counsel (John M. Stull* of counsel), for appellant.

*P. Chamberlain* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cullen, Ch. J., Gray, Willard Bartlett, Chase, Cuddeback, Hogan and Miller, JJ.